GEORGE R. DEWITT v. STATE.

No. A-447.  Opinion Filed March 21, 1911.

Appeal from Alfalfa County Court; F. M. Gustin, Judge.

Appellant was convicted in the county court of Alfalfa county on a charge of selling intoxicating liquor, and appeals. Reversed.

Cloud & Halstead, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee.
5 Cr.—44.

PER CURIAM. Upon a careful examniation of the record in this case we think that the judgment of the court below should be reversed and this cause remanded for a new trial; and unless additional evidence can be had upon which to base a judgment the cause should be dismissed, and it is so ordered.